IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY S. RODRIQUEZ,
a/k/a Anthony S. Rodriguez,

    Petitioner,

-vs-

WARDEN BIRKEY,

    Respondent.                                                            No. 10-cv-77-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on August 31, 2010 (Doc. 10) and March 22, 2013 (Doc. 30), the habeas petition pursuant to 28 U.S.C. §2254 is **DENIED** and **DISMISSED with prejudice**.

                                       NANCY J. ROSENSTENGEL,
                                       CLERK OF COURT

                                       BY:  s/*Sara Jennings*
                                                    **Deputy Clerk**

**Dated:** March 22, 2013

Digitally signed by
David R. Herndon
Date: 2013.03.22
09:27:00 -05'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT