IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY RODRIGUEZ,

      Petitioner,

vs.                      10–cv–0077–DRH–SCW

RICHARD BIRKEY,

      Respondent.

## ORDER

**HERNDON, Chief Judge:**

    Now before the Court is Rodriguez's motion for appointment of attorney (Doc. 37). Specifically, Rodriguez requests the Court to appoint him counsel on appeal. The Court **DENIES** the motion. The Court does not have authority to appoint counsel on appeal. Rodriguez should re-file this motion with the Seventh Circuit Court of Appeals.

    Signed this 28th day of May, 2013.

Digitally signed by
David R. Herndon
Date: 2013.05.28
12:12:04 -05'00'

**Chief Judge**
**United States District Court**